UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES ROBINSON

                     Plaintiff,

    -against-

NEW YORK CITY DEP'T OF CORRECTION,

                    Defendants.
-------------------------------------------------------------x



**ORDER GRANTING**
**MOTION FOR EXTENSION**

07 Civ. 6643 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant's request for an extension of time is granted. Time to respond to the Complaint for all defendants is extended to November 21, 2007. The extension and adjournment are granted on the following conditions:

      1.    The NYC Department of Correction shall, on or before November 21, 2007, file with me a report as to which defendants have been served, and which have not yet been served.

      2.    As to defendants who have not been served, the NYC Department of Correction shall provide their last known addresses or, alternatively, a willingness to accept service on behalf of any such unserved defendant whose last known address is not provided.

      SO ORDERED.

Dated:    New York, New York
            October 25, 2007

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge