

RECEIVED NOV 21 2007 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ELIZABETH A. WELLS
phone: 212-788-0898
fax: 212-788-0940
email: ewells@law.nyc.gov

November 20, 2007

**BY HAND**
Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl St, Room 1050
New York, NY 10007

    Re: *Robinson v. New York City Dep't of Correction*, No. 07-06643 (AKH)

Dear Judge Hellerstein:

    I am the Assistant Corporation Counsel assigned to represent defendants in the above action: the New York City Department of Correction, Commissioner Horn, Warden Riordan, Correction Officer ("CO") Baker, CO Allen, Captain Bowden, Captain Barnaby, Captain Santiago, Captain Buckner, Captain Skinner, Captain Adams, Deputy Warden Tindal, and CO Melton in the above-referenced action. I write in response to your order dated October 25, 2007.

    To date, each and every defendant except CO Baker, Captain Santiago, and Captain Adams have been served in this action. I am authorized to accept service on behalf of these remaining defendants and shall respond on their behalf, along with the other defendants, on November 21, 2007.

    Thank you for your courtesy and consideration in this matter.

Respectfully yours,

Elizabeth A. Wells
Assistant Corporation Counsel

*Services of process are deemed complete. 11-27-07* [handwritten notation with judge's signature]

cc:    James Robinson
       #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
       Anna M. Kross Center
       18-18 Hazen St
       East Elmhurst, NY 11370