UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES ROBINSON            :
                          :
        Plaintiff,     :
                          :     **ORDER REGULATING**
    -against-           :     **PROCEEDINGS**
                          :
NEW YORK CITY DEP'T OF CORRECTIONS :
*et al.*,                 :     07 Civ. 6643 (AKH)
                          :
        Defendants.    :
------------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff, proceeding *pro se*, filed an Amended Complaint pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights while an inmate at the Anna M. Kross Center ("AMKC") at Riker's Island, a pretrial detainee housing facility. In my Order dated January 9, 2008, I dismissed plaintiff's Amended Complaint for failing to identify a genuine cause of action, and granted plaintiff until February 1, 2008, to file a second Amended Complaint. Plaintiff submitted a letter to this Court on April 29, 2008, claiming that he never received any correspondence from the Court as a result of an address change, and requesting that the case be re-opened in order to file a Second Amended Complaint.

      Plaintiff is hereby given until June 2, 2008 to file a Second Amended Complaint identifying a genuine cause of action against any prison officials. The Pro Se Office is directed to mail a copy of the Complaint, the Amended Complaint, and my Order Explaining the Effect of a Motion to Dismiss (Dkt. #s 2, 18, and 19) and this Order to the following address: Mr. James Robinson c/o Mr. Eddie Providence, 1668 Carroll Street, Basement Apt., Brooklyn, NY 11213. If plaintiff does not respond by June 2, 2008, the case will be dismissed and the Clerk shall mark the case closed. No further extensions will be granted.

      SO ORDERED.

Dated:    New York, New York
             April 30, 2008

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge