UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES ROBINSON                            :
                                          :
                    Plaintiff,            :
                                          :      **ORDER REGULATING**
           -against-                      :      **PROCEEDINGS**
                                          :
NEW YORK CITY DEP'T OF CORRECTIONS        :
*et al.*,                                 :      07 Civ. 6643 (AKH)
                                          :
                    Defendants.           :
-------------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Plaintiff's letter dated June 7, 2008, requests an extension until August 2, 2008 to file a Second Amended Complaint. In light of two prior extensions that have already been granted to plaintiff in this case, plaintiff is granted only until July 15, 2008 to file a Second Amended Complaint. This is the third and final extension. If plaintiff fails to file by that date, the Clerk shall mark the case closed.

     SO ORDERED.

Dated:    New York, New York
            June ___, 2008

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08